UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
YASEEN TRAYNOR, on behalf of himself and all  :
others similarly situated,                    :
                                              :
                              Plaintiff,      :        19-cv-484 (VEC)
                                              :
              -against-                       :        ORDER
                                              :
FOX RUN VINEYARDS, INC.,                      :
                                              :
                              Defendant.      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2019

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 12, 2019, this Court was notified that the parties have reached an agreement in principle resolving all issues; and

WHEREAS on July 12, 2019 (Dkt. 21), the Court ordered that this action would be dismissed with prejudice and without costs (including attorneys' fees) to either party on August 12, 2019 unless one or more parties filed a letter before that date requesting that the action not be dismissed; and

WHEREAS no party has filed a letter requesting that this action not be dismissed,

IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to terminate all open motions and close the case.

**SO ORDERED.**

Date:  August 13, 2019
       New York, New York

_____
**VALERIE CAPRONI
United States District Judge**